UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) AMIT KANODIA and )<br>(2) IFTIKAR AHMED, )<br>)<br>Defendants. )<br>) | Criminal No. 1:15-cr-10131-NMG |

**DEFENDANT AMIT KANODIA'S RENEWED MOTION FOR**
**JUDGEMENT OF ACQUITTAL**

Now comes the defendant Amit Kanodia, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for a judgement of acquittal on Counts One through Nineteen of the Superseding Indictment pursuant to Fed. R. Crim. P. 29(a).

1. **LEGAL STANDARD**

On a defendant's motion for a judgment of acquittal under Rule 29 of the Federal Rules of Criminal Procedure, the court "must enter a judgment of acquittal of any offense for which the evidence is insufficient to sustain a conviction." Fed. R. Crim. P. 29(a). "The test for deciding a motion for a judgment of acquittal is whether there is substantial evidence (direct or circumstantial) which, taken in the light most favorable to the prosecution, would warrant a jury finding that the defendant was guilty beyond a reasonable doubt." *United States v. MacCloskey*, 682 F.2d 468, 473 (4th Cir. 1982). In other words, the Court must decide "whether any rational factfinder could [find] that the evidence presented at trial, together with all reasonable inferences, viewed in the light most favorable to the government, established each element of the particular offense beyond a reasonable doubt." *United States v. Richard*, 234 F.3d 763, 767 (1st Cir.2000) (quoting *United States v. Gabriele*, 63 F.3d 61, 67 (1st Cir.1995)). "While all

*Motion denied.* /s/ M Gorton, USDJ 10/17/16    1