UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:15-cr-10131-NMG |
| | ) | |
| (1) AMIT KANODIA and | ) | |
| (2) IFTIKAR AHMED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT AMIT KANODIA'S MOTION FOR JUDGEMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29 AND MOTION FOR NEW TRIAL PURSUANT TO FED. R. CRIM. P. 33

Now comes the defendant Amit Kanodia, by and through undersigned counsel, and

hereby respectfully moves this Honorable Court to set aside the jury verdict and enter a

judgement of acquittal on Counts One, Four through Nine, and Sixteen through Nineteen of the

Superseding Indictment pursuant to Fed. R. Crim. P. 29 and/or in the alternative to order a New

Trial pursuant to Fed. R. Crim. P. 33.

I.    **BACKGROUND**

Mr. Kanodia was charged by Superseding Indictment with one Count of conspiracy to

commit securities fraud and eighteen Counts of securities fraud. Dkt. 121 at 6-11. Count One

alleges that Mr. Kanodia and Iftikar Ahmed conspired to commit securities fraud by obtaining

confidential material non-public information from Mr. Kanodia's former wife, Shahana Basu,

and trading on the basis of that information, in violation of the duties of trust and confidence Mr.

Kanodia owed Ms. Basu. *Id.* at 4. Counts Two through Nine charge Mr. Kanodia with securities

fraud on the basis of Mr. Ahmed's Cooper Tire stock and options trades and Counts Ten through

Nineteen charge Mr. Kanodia with securities fraud on the basis of Steven C. Watson's Cooper

*Motion denied. S/NMGorton, USDJ 1/6/17*      1