UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                               )   Criminal No. 15-10131-NMG<br>)<br>(1) AMIT KANODIA,                     )<br>              Defendant.        ) | |

## UNITED STATES' MOTION FOR
## AMENDED ORDER OF FORFEITURE (MONEY JUDGMENT)

The United States of America, by its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of an Amended Order of Forfeiture (Money Judgment) in the above-captioned case pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(8), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Amended Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On June 29, 2016, a federal grand jury sitting in the District of Massachusetts returned a nineteen-count Superseding Indictment, charging defendant Amit Kanodia (the "Defendant"), and others, with Conspiracy to Commit Securities Fraud, in violation of 18 U.S.C. § 371 (Count One), and Securities Fraud, in violation of 15 U.S.C. §§ 78j(b), and 78ff(a), 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2 (Counts Two through Nineteen).

2. The Superseding Indictment contained a forfeiture allegation, pursuant to 18 U.S.C. § 982(a)(8), which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of the offense alleged in Count One of the Superseding Indictment, of any real or personal property used or intended to be used to commit, to facilitate, or to promote the commission of the offense; and/or any real or personal property constituting, derived from, or

*Motion allowed.* /s/ Nathaniel M. Gorton, USDJ 1/26/17