United States District Court
District of Massachusetts

|                              |   |                        |
|------------------------------|---|------------------------|
| UNITED STATES OF AMERICA,    | ) |                        |
|                              | ) |                        |
| v.                           | ) | Criminal Action No.    |
|                              | ) | 15-10131-NMG           |
| AMIT KANODIA,                | ) |                        |
|                              | ) |                        |
| Defendant.                   | ) |                        |

**ORDER**

GORTON, J.

Because 1) the newspaper articles defendant proposes to introduce as evidence could have been discovered by the exercise of due diligence on his part before the trial and 2) the testimony of the five so-called new witnesses would simply be cumulative of evidence presented by defendant at trial and would not likely bring about an acquittal, defendant's motion for a new trial (Docket No. 265) is **DENIED**. See United States v. Mathur, 624 F.3d 498, 503 (1st Cir. 2010).

So ordered.

_____
Nathaniel M. Gorton
United States District Judge

Dated June 7, 2017